UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02877
    CHERELL A BEAL
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-8031


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 02/20/2007 and was confirmed 07/19/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.00%.

      The case was dismissed after confirmation 01/17/2008.
------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO AUTO FINANCE | SECURED VEHIC | 8000.00 | 176.55 | 1599.64 |
| WELLS FARGO AUTO FINANCE | UNSECURED | 2182.87 | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | 595.91 | .00 | .00 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | 641.13 | .00 | .00 |
| BONAVENTURE MEDICAL FOUN | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO | UNSECURED | NOT FILED | .00 | .00 |
| CENTER FOR DERM & SKIN C | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1380.17 | .00 | .00 |
| DENSON SHOPS | UNSECURED | NOT FILED | .00 | .00 |
| DJ ORTHOPEDICS | UNSECURED | NOT FILED | .00 | .00 |
| ELK GROVE LAB PHYSICIANS | UNSECURED | NOT FILED | .00 | .00 |
| GROSSMAN B MD | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | 2604.95 | .00 | .00 |
| JB ROBINSONS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE C | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ORTHOPAEDIC ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | NOT FILED | .00 | .00 |
| RCW LTD RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| SAMUEL SCHWARTZ MD | UNSECURED | NOT FILED | .00 | .00 |
| SPORTSMED WHEATON ORTHO | UNSECURED | NOT FILED | .00 | .00 |
| UNITED EDUCATIONAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| WEST CENTRAL ANESTHESIOL | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO AUTO FINANCE | SECURED NOT I | 996.25 | .00 | .00 |
| WELLS FARGO AUTO FINANCE | UNSECURED | 2182.87 | .00 | .00 |
| FELD & KORRUB LLC | DEBTOR ATTY | 2,800.00 | | 97.81 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 02877 CHERELL A BEAL

```
TOM VAUGHN              TRUSTEE                                    126.00
DEBTOR REFUND          REFUND                                        .00
```

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                          2,000.00

PRIORITY                                                  .00
SECURED                                             1,599.64
     INTEREST                                         176.55
UNSECURED                                                 .00
ADMINISTRATIVE                                         97.81
TRUSTEE COMPENSATION                                  126.00
DEBTOR REFUND                                             .00
                         ---------------      ---------------
TOTALS                           2,000.00            2,000.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                            /s/ Tom Vaughn
     Dated: 04/23/08        _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE
```